No. 15,691.

YOCKEY *v.* BLAIN ET AL.
(186 P. [2d] 587)

Decided November 10, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE HILLIARD, and MR. JUSTICE ALTER, participating.

Messrs. WOLVINGTON & WORMWOOD, for plaintiff in error.

Messrs. RINN & CONNELL, Messrs. GOSS & HUTCHINSON, Mr. DUDLEY I. HUTCHINSON, JR., for defendants in error.